In the Matter of SAMUEL H. RANDALL, an Attorney, Appellant.
THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK,
Respondent.

*Matter of Randall,* 122 App. Div. 1, affirmed.
(Argued November 9, 1909; decided November 23, 1909.

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 7, 1907, suspending the appellant from practice as
an attorney and counselor at law.

*Samuel H. Randall* and *Uriah W. Tompkins* for appellant.

*Egerton L. Winthrop, Jr.,* for respondent.

Order affirmed ; no opinion.
Concur : CULLEN, Ch. J., HAIGHT, VANN, WERNER, WIL-
LARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE
FLEISCHMANN MANUFACTURING COMPANY, Appellant, *v.*
ALBERT P. MARENUS et al., Constituting the Board of
Assessors for Taxes for Union Free School District No. 6,
in the Town of Cortlandt, Respondents.

*People ex rel. Fleischmann Mfg. Co.* v. *Marenus,* 134 App. Div. 170,
affirmed.
(Argued November 9, 1909; decided November 23, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 8, 1909, which affirmed an order of Special Term dis-
missing a writ of certiorari to review the action of the defend-
ants in assessing certain lands of the relator for school purposes.

*George B. Lester* for appellant.

*Nathan P. Bushnell* for respondents.

Order affirmed, with costs, on opinion of MILLER, J., below.
Concur : CULLEN, Ch. J., HAIGHT, VANN, WERNER, WIL-
LARD BARTLETT, HISCOCK and CHASE, JJ.